UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAPLAINCY OF FULL GOSPEL CHURCHES**, *et al.*, <br>             **Plaintiffs**, <br><br> v. <br><br> **THE HONORABLE GORDON R. ENGLAND**, *et al.*, <br>             **Defendants**. <br><br> **ROBERT H. ADAIR**, *et al.*, <br>             **Plaintiffs**, <br><br> v. <br><br> **THE HONORABLE GORDON R. ENGLAND**, *et al.*, <br>             **Defendants**. | Civil Actions 99-2945/00-566  (RMU/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that the deliberations of active-duty selective early retirement board deliberations are discoverable in this case.  It is furthered **ORDERED** that the parties submit, within fourteen calendar days of this order, a joint status report outlining the parties' plan of discovery regarding active-duty selective early retirement board deliberations.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: